UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMAD MUKHTAR FAIZI, and individual and derivatively on behalf of FALAFEL FLAME, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAKTASH TEMORI, et al.,<br><br>Defendants. | Case No. 22-cv-04224-VKD<br><br>**ORDER TO SHOW CAUSE AND REQUIRING ATTENDANCE AT AUGUST 15, 2023 HEARING**<br><br>Re: Dkt. No. 70 |

On October 12, 2022, the Court issued an order granting (as modified) Mr. Faizi's motion for a preliminary injunction. Dkt. 35. On February 15, 2023, the Court granted in part and denied in part Mr. Faizi's motion for an order of contempt, based on defendants' failure to comply with the Court's preliminary injunction. Dkt. No. 54. On April 21, 2023, the Court granted Mr. Faizi's related request for attorneys' fees. Dkt. No. 65.

On July 5, 2023, Mr. Faizi filed another motion for an order of contempt, asserting that defendants have failed to comply, in any respect, with the October 2022 preliminary injunction, as well as the Court's subsequent orders finding defendants in contempt and requiring payment of attorneys' fees. Dkt. No. 70. Although defendants had notice of that motion and ample opportunity to file papers in response, they have not filed any brief nor submitted any evidence in response to that motion. The Court therefore concludes that defendants do not contest the bases asserted by Mr. Faizi for the relief sought in the pending motion for an order of contempt.

Based on the foregoing, the Court orders as follows:

1. The hearing on Mr. Faizi's pending motion for an order of contempt will be held **in**

**person** on **August 15, 2023, 10:00 a.m.** in Courtroom 2, Fifth Floor of the United States District Court at 280 South First Street, San Jose, California.

2. Defendants Baktash Temori and Masoud Rustakhis, as well as defense counsel Mr. Babock, shall attend the August 15, 2023 hearing in person. At the hearing, defendants shall show cause why the Court should not impose sanctions for their failure to comply with the Court's October 12, 2022 preliminary injunction order (Dkt. No. 35), February 15, 2023 order of contempt (Dkt. No. 54), and April 21, 2023 order requiring payment of attorneys' fees (Dkt. No. 65), including but not limited to payment of a daily fine until defendants are in compliance with all orders—or potentially more drastic sanctions, such as an order striking defendants' answer and entering default judgment against them on some or all of the claims asserted in the complaint.

3. Mr. Babock shall ensure that all defendants have prompt notice of this order requiring their attendance at the August 15, 2023 hearing and shall file a statement no later than **August 4, 2023** certifying that he has provided such notice to the defendants.

**IT IS SO ORDERED.**

Dated: July 31, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge